█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY CHRYSLER, Appellant. [827 NYS2d 879]—Application by the appellant for a writ of error coram nobis to vacate, on the

ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 20, 2004 (*People v Chrysler,* 13 AD3d 550 [2004]), affirming a judgment of the County Court, Orange County, rendered September 13, 2000, and motion by the respondent to disqualify Michael H. Sussman from representing the appellant on the application for a writ of error coram nobis.

Ordered that the motion is denied; and it is further,

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Krausman and Florio, JJ., concur.